FILED
07 NOV -8 AM 10: 36
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MOORE<br>PETITIONER<br>Vs.<br>UNITED STATES OF AMERICA<br>RESPONDANT | Case No. CR 88-0936-t<br>'07 CV 2137 H<br>Motion for Correction or Reduction of Sentence of Judgement.<br>Under Title 18 U.S.C. 3582(c)(2) |

### Procedural History

Petitioner before the court, on september 25, 1989 was sentenced by the Honorable Howard B. Turentine, which defendant reveived 300 months by the Court, which the calculated a level 36 (see exhibit 3&4) of the sentencing transcript.

### Legal Argument

The defendant calculates what Congress and the U.S sentencing commission proposed crack guidelines new amendment, the defendant would be under the amount of 500 grams by the government on our calculation (see exhibit 4&8) sentencing hearing transcript.

### Next Legal Argument

Is that 18 U.S.C Section (c) (2) gives the district court the discretion to reduce a sentence whenever a guideline range has been subsequently low by the sentencing commission.

Honorable Judge, You do have the flexibility with the new amendment which gives you the power to resentence me. The petitioner in this above case is asking the court to grant this motion for immediate release based on the new crack cocaine amendment. And the fact the petitioner has served 90 percent of his 300 month sentence that was imposed on him.

### Two Argument

The petitioner is in fact a model inmate in the prison. (see exhibit #2 & 3) Chronological disciplinary record. Also (see exhibit #5) petitioner education transcripts while in prison.

### Conclusion

For all the foregoing reasons, petitioner humbly request that this Honorable court grant his motion for immediate release.

---

Date: Nov, 3, 2007

*Robert James Moore* #15878-198

1  count two. So, that's why I say that I don't think there is
2  a basis for going to 36, as counsel does and the Probation
3  Office does. That was one of the reasons we pled to -- that
4  this case resolved itself, was because we limited the object
5  of the conspiracy to the substantive count in count seven.
6          I think it would be unfair, your Honor, to hold
7  Mr. Moore responsible for all -- for the entire -- all of
8  the overt acts, et cetera, et cetera, in the conspiracy
9  count when that was not his intention, as testified on the
10 record.
11         THE COURT: Counsel, I've read and considered the
12 presentence report -- this, and of course, your argument,
13 and I've read the matters that you filed in support of your
14 position here this morning. I believe, under the
15 guidelines, I'm entitled to take into consideration the
16 overall amount of drugs involved. I, therefore, will find
17 that this case is a category 36.
18         I have some disagreement with the Probation Office
19 at this point on the state of the record as to whether the
20 Defendant is classified as a four or a three, and I will
21 reduce that from a four to a three -- there's no question in
22 my mind that the Defendant was a manager or a supervisor,
23 but not an organizer or leader. He may have been, but I
24 think it's very clear that at least, he was a manager or
25 supervisor. So, that will increase the matter from 36 to

Exhibit 4 # Sentencing Transcript

4

1  it's under 500 grams, it's a 34, and if it's 500 or over,
2  it's a 36?
3           MR. LASATER: Yes, your Honor. The only
4  disagreement is what's attributable to Mr. Moore.
5           THE COURT: Okay. But, we have the two bases to
6  start from -- your contention and your contention. Very
7  well -- proceed, Counsel.
8           MR. BROOKLIER: Perhaps, I should start there
9  then, your Honor, since the Court asked that question. This
10 is less than 500 grams by the Government's own calculations.
11 It's clearly a criminal 34 category. I would suggest -- and
12 I would have suggested -- if the Government wants to stick
13 Mr. Moore with more than he pleads to, that should have been
14 done by a trial. We should have had a trial.
15          You know, your Honor, when Mr. Moore was first
16 indicted, when he voluntarily surrendered himself to the
17 jurisdiction of this court -- he was out at sea someplace.
18 He didn't have to come back. When he came back here in
19 November, your Honor, that was -- count seven was the charge
20 he was facing -- that hand-to-hand delivery. And, we go
21 through months and months of pre-trial preparation, and the
22 Government, on the very day of trial -- and I mean this in
23 no demeaning way to Mr. Lasater, who has been a perfect
24 gentlemen and a fine advocate for the Government -- on the
25 day of trial drops the 848. That has to mean something. It

Exhibit 3#

1  39.  He gets a credit of two for acknowledging his
2  responsibility, which puts him at 37.
3          Then, we go to the criminal history.  The
4  Government puts him at nine, which would put him at class
5  four.  Where's my chart?
6      (Pause.)
7          MR. BROOKLIER:  Does your Honor wish the
8  sentencing table?
9          THE COURT:  I have it here.  It's just a question
10 of finding it.  Let's see, we've got 36, 34, 37 -- and I
11 would think he would fit in as to not a class four, but a
12 class three, which the sentence range is from 262 to 327
13 months.  That's the way I calculate it.
14         Be that as it may, the Court has read and
15 considered the presentence report, considered the nature and
16 circumstances of the offense, and the history and
17 characteristics of the Defendant.  I find the guidelines --
18 computed in the manner and method which I did, of 262 to 327
19 months.  Therefore, pursuant to the Sentencing Reform Act of
20 1984, it's the judgment of the Court that the Defendant is
21 hereby committed to the custody of the Bureau of Prisons to
22 be imprisoned for a term of 300 months.  Upon release from
23 imprisonment, the Defendant shall be placed on supervised
24 release for a period of five years.  The Defendant shall
25 abide by the standard conditions of supervised release and

Exhibit 8

8

Just a couple of other comments, your Honor -- I'd like to cite one case to the Court that I think is going to be a very important case in terms of the guidelines and their application. It really comes down to the real versus charged offense sort of theory. There's a case in the Western District of Tennessee -- it's called <u>United States versus Smith</u>, and it's at 686 F.Supp. 1246. The court in that case stated -- and I'm going to quote,

"The conduct necessary to support inclusion in the base offense level must be established by a finding of the jury, a plea of guilty confirmed by a finding of guilty in open court, or a stipulated offense other than the offense of the conviction."

Now, what that means, your Honor, is this. This is what I think it means -- that the Government can't agree to a stipulated basis, or a factual basis, on June 7, 1988 -- the date of Mr. Moore's plea -- and then, come in here four months later, as if they've convicted him of the 848. They didn't. That's why we have juries, that's why we have courts.

Lastly, your Honor, I think there are some things that need to be stricken from the presentence report. I'm not going to go through the Prosecution version because that's their allegation, and I know that the Court accepts it that way. But, in terms of -- starting on page 21, to be

```
REGISTER NO: 15878-198  NAME..: MOORE, ROBERT JAMES
FUNCTION...: PRT         FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 03-17-2005
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 990999 - SANCTIONED   INCIDENT DATE/TIME: 05-11-2002 0814
DHO HEARING DATE/TIME: 05-21-2002 1720
FACL/CHAIRPERSON.....: VIM/T. MCGEE
REPORT REMARKS.......: COMMITTED PROHIBITED ACT CODE 397. SANCTION PER 5270.07.
                       ADMITTED USING INMATE SUTTLES #04268-031'S PIN#.
  397  PHONE ABUSE, NON-CRIMINAL - FREQ: 1
       LP COMM    / 30 DAYS / CS
       COMP:    LAW:   ADMITTED USING INMATE SUTTLES #04268-031'S PIN #
                       TO MAKE TELEPHONE CALLS.
       LP PHONE   / 30 DAYS / CS
       COMP:    LAW:   LOSS OF PHONE AND COMMISSARY TILL 06-19-2002.
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 829766 - SANCTIONED   INCIDENT DATE/TIME: 10-29-2000 2033
DHO HEARING DATE/TIME: 11-29-2000 0923
FACL/CHAIRPERSON.....: VIM/T. MCGEE
REPORT REMARKS.......: INMATE COMMITTED PROHIBITED CODE 406 & SANCTIONED IN COM
                       COMPLIANCE WITH P.S. 5270.07 INMATE DISCIPLINE AND SHU
  406  USING PHONE OR MAIL W/O AUTH - FREQ: 2
       EXTRA DUTY / 10 HOURS / CS
       COMP:    LAW:   INMATE TO PERFORM 10 HOURS OF EXTRA DUTY BEFORE
                       COMPLETION DATE OF 12/13/00
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 827227 - SANCTIONED   INCIDENT DATE/TIME: 10-26-2000 0900
DHO HEARING DATE/TIME: 11-20-2000 1420
FACL/CHAIRPERSON.....: VIM/T. MCGEE
REPORT REMARKS.......: 297 CODE REDUCED TO PROHIBITED CODE 406. VIOLATION COMM-
                       ITTED PRIOR TO 11-06-2000.
  406  USING PHONE OR MAIL W/O AUTH - FREQ: 1
       EXTRA DUTY / 20 HOURS / CS
       COMP:    LAW:   INMATE MUST COMPLETE 20 HOURS EXTRA DUTY BY 12-04-
                       2000.
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 814230 - SANCTIONED   INCIDENT DATE/TIME: 09-09-2000 1430
UDC HEARING DATE/TIME: 09-13-2000 2030
FACL/UDC/CHAIRPERSON.: VIM/E/F/T.A.JONES
REPORT REMARKS.......: INMATE ADMITTED TO MAKING INAPPROPRIATE COMMENT TO STAFF
  312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
       EXTRA DUTY / 8 HOURS / CS
       COMP:    LAW:   8 HOURS EXTRA DUTY TO BE PERFORMED 9/17/00
       LP PHONE   / 30 DAYS / CS / SUSPENDED 180 DAYS
       COMP:    LAW:   30 DAY PHONE RESTRICTION SUSPENDED PENDING CLEAR
                       CONDUCT FOR 180 DAYS


G0002       MORE PAGES TO FOLLOW . . .
```

Exhibit #2

```
REGISTER NO: 15878-198  NAME..: MOORE, ROBERT JAMES
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 03-17-2005
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 507085 - SANCTIONED  INCIDENT DATE/TIME: 07-05-1997 1842
UDC HEARING DATE/TIME: 07-08-1997 1359
FACL/UDC/CHAIRPERSON.: FLP/E/PEEK
REPORT REMARKS.......: TELEPHONE RESTRICTION FOR 45 DAYS
    406  USING PHONE OR MAIL W/O AUTH - FREQ: 1
         LOSE PRIV  / 45 DAYS / CS
         COMP:     LAW:    TELEPHONE RESTRICTION FOR 45 DAYS
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 246495 - SANCTIONED  INCIDENT DATE/TIME: 08-04-1994 0750
UDC HEARING DATE/TIME: 08-08-1994 1500
FACL/UDC/CHAIRPERSON.: PHX/PIMA/SHAW, F
REPORT REMARKS.......: COMMISSARY RESTRICTION (SUSPENDED)
    327  CONTACTING PUBLIC WITHOUT AUTH - FREQ: 1
         LOSE PRIV  / 60 DAYS / CS / SUSPENDED 180 DAYS
         COMP:     LAW:    COMMISSARY
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 62982 - SANCTIONED   INCIDENT DATE/TIME: 01-13-1992 1210
DHO HEARING DATE/TIME: 01-28-1992 0903
FACL/CHAIRPERSON.....: PET/TARLETON H
REPORT REMARKS.......: STAFF REP E. JACKSON, CODES 203 AND 298 WERE EXPUNGED
                       FROM REPORT
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         DS         / 15 DAYS / CS / SUSPENDED 90 DAYS
         COMP:     LAW:    RELEASE TO POPULATION PROVIDING BED SPACE IS
                           AVAILABLE
         LOSE PRIV  / 90 DAYS / CS
         COMP:     LAW:    LOSS OF COMMISSARY EXCEPT FOR STAMP PURCHASES




G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

Exhibit #5

```
VIMF2                  *         INMATE EDUCATION DATA           *    03-17-2005
PAGE 001 OF 001        *              TRANSCRIPT                 *    07:34:07

REGISTER NO: 15878-198          NAME..: MOORE                         FUNC: PRT
FORMAT....: TRANSCRIPT          RSP OF: VIM-VICTORVILLE MED I FCI

------------------------------ EDUCATION INFORMATION ------------------------------
FACL ASSIGNMENT DESCRIPTION                          START DATE/TIME  STOP DATE/TIME
VIM  ESL HAS    ENGLISH PROFICIENT                   07-31-1991 0830  CURRENT
VIM  GED HAS    COMPLETED GED OR HS DIPLOMA          06-01-1991 0712  CURRENT

------------------------------- EDUCATION COURSES -------------------------------
SUB-FACL  DESCRIPTION                      START DATE  STOP DATE  EVNT  AC  LV  HRS
VIM       RPP FCI PRISON 2 PAYCHECK (C6)   04-26-2004  07-21-2004   C    C   P    0
VIM       FILM STUDY COURSE                10-26-2003  01-16-2004   P    C   P   24
BMP       SEWING VT: M-F 12:30P-3:30PM     07-16-1999  08-13-1999   P    C   E   60
PHX       VCR REPAIR                       05-23-1994  07-26-1994   P    C   M  240
PET       GED PM                           03-17-1991  05-03-1991   P    W   I  105
PET       ABE MATH PM                      01-28-1990  03-17-1991   C    W   I   40
PET       ABE ENGLISH PM                   01-28-1990  03-17-1991   P    C   P   40
PET       ABE READING PM                   01-28-1990  03-17-1991   C    W   I   40
PET       WELDING VT RELATED TRNG          10-01-1990  12-16-1990   P    C   E   25
PET       WELDING VT AM MAIN INST          10-01-1990  12-16-1990   P    C   M  200
PET       WELDING VT RELATED TRNG          04-24-1990  09-30-1990   P    C   E   50
PET       WELDING VT AM MAIN INST          04-24-1990  09-30-1990   P    C   M  336
PET       WELDING EXPLORATORY TRNG         04-10-1990  04-24-1990   P    C   E   80




G0000     TRANSACTION SUCCESSFULLY COMPLETED
```

## Certificate of Service

Petitioner hereby Certifies that a true and correct copy of the foregoing motion has been sent postage paid by regular U.S. mail to the following address:

TO Clerk of the Court Southern

District of California

UNITED STATES DISTRICT COURT U.S. CLERK

880 Front Street

San Diego, Ca 92101-8900

Date _Nov, 3, 2007_

_[signature]_

Robert Moore #15878-198

in pro se

El Reno F.C.I.

P.O. BOX 1500

El Reno, OK 73036

## Certificate of Service

Petitioner hereby certifies that a true and correct copy of the foregoing motion has been sent postage paid by regular U.S. mail to the following address:

UNITED STATES DISTRICT COURT

U.S. ATTORNEYS OFFICE

880 FRONT STREET

ROOM 6293

SAN DIEGO, CA 92101-8900

Date **NOV 3, 2007**

Robert Moore in Pro Se

#15878-198

El Reno F. C. I.

P.O. BOX 1500

El Reno, Ok 73036

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**
Robert Moore

**DEFENDANTS**
United States of America

07 NOV -8 AM 10:36
CLERK
SOUTHERN DISTRICT OF CALIFORNIA

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** — San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

'07 CV 2137 H

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Robert Moore
El Reno Federal Correctional Institution
P.O. Box 1500
El Reno, OK 93036

**ATTORNEYS (IF KNOWN)**
U.S. Attorney

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff    ☐ 3 Federal Question (U.S. Government Not a Party)

☒ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 3582

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| | | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE    Docket Number 88 cr 0936 H

DATE
11/7/07

SIGNATURE OF ATTORNEY OF RECORD
